**UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

No. 98-21001
Summary Calendar

JESS MCKEOWN,

Plaintiff-Appellant,

versus

ED WARKEN, In his Individual and Official Capacities; RAY KILGO, In his Individual and Official Capacities; SHIRLEY NEELEY, In her Official Capacity; BOARD OF TRUSTEES OF GALENA PARK INDEPENDENT SCHOOL DISTRICT, By and through the president of the board, John Rountree,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Texas
(97-CV-853)

April 28, 1999

Before HIGGINBOTHAM, JONES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Plaintiff-appellant Jess McKeown appeals the district court's grant of summary judgment in favor of the defendants-appellees on his § 1983 and Texas state law tort claims. Having reviewed the parties' briefs and the record, we find no reversible error in the district court's order. Therefore, we AFFIRM the judgment of the district court.

---

[*]Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.